JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHENG L. HSIAO;<br>SHING HUA HSIAO; and Does 1-10,<br><br>　　　　Defendants. | Case: CV 16-01415-AB (JCx)<br><br>**ORDER DISMISSING ACTION** |

## ORDER

Having received the parties' Stipulation for Dismissal filed June 27, 2016 (Dkt. No. 23), and in accordance with Federal Rule of Civil Procedure 41(a), the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned action, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE